Melissa Newel (CA 148563)
NEWEL LAW
2625 Alcatraz Ave., Suite 132
Berkeley, CA  94705
(510) 316-3827
mnewel@newellawfirm.com
Attorney for Plaintiff
SARAH AMY FARAH WADE

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
OSCAR GONZALEZ
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, CA  94105
(510) 970-4818
oscar.gonzalez@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH AMY FARAH WADE,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>Defendant. | No.  1:22-CV-00752 (BAM)<br><br>**STIPULATION AND [PROPOSED]<br>ORDER FOR AWARD AND PAYMENT<br>OF ATTORNEYS FEES AND COSTS<br>PURSUANT TO THE EQUAL ACCESS TO<br>JUSTICE ACT (28 U.S.C. §§2412(d))** |

1   IT IS HEREBY STIPULATED by and between the parties, through their undersigned
2   attorneys, subject to the approval of the Court, that Sarah Amy Farah Wade ("Plaintiff") be
3   awarded attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412 (d), in
4   the amount of four thousand seven hundred and twenty-two dollars and fifty cents ($4,722.50)
5   and associated costs in the amount of four hundred and two dollars and zero cents ($402.00). This
6   represents compensation for legal services rendered on behalf of Plaintiff by counsel in
7   connection with this civil action, in accordance with 28 U.S.C. §2412 (d).

8   After the Court issues an Order for EAJA fees to Plaintiff, the government will consider
9   the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Pursuant to *Astrue v.*
10  *Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the
11  attorney fees are subject to any offset allowed under the United States Department of the
12  Treasury's Offset Program. After the Order for EAJA fees is entered, the government will
13  determine whether they are subject to any offset.

14  Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines
15  that Plaintiff does not owe a federal debt subject to offset, then the government shall cause the
16  payment of fees approved to be made payable to Melissa Newel or Newel Law (collectively
17  "Plaintiff's counsel"), pursuant to the assignment executed by Plaintiff. Any and all payments
18  made shall be delivered to Plaintiff's counsel.

19  This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA
20  attorney fees and does not constitute an admission of liability on the part of Defendant under
21  EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any
22  and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees
23  and expenses in connection with this action.
24  ///
25  ///
26  ///
27  ///
28  ///

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. §406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Dated: July 10, 2023                              NEWEL LAW

By:    *Melissa Newel*
       Melissa Newel
       Attorney for Plaintiff
       SARAH AMY FARAH WADE

Dated: July 10, 2023                              PHILLIP A. TALBERT
                                                  United States Attorney
                                                  MATHEW W. PILE
                                                  Associate General Counsel
                                                  Social Security Administration

By:    Oscar Gonzalez
       OSCAR GONZALEZ
       (*Authorized by email dated 07/07/2023*)
       Special Assistant U.S. Attorney
       Attorneys for Defendant

**ORDER**

Based on the parties' stipulation, IT IS HEREBY ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d), attorney fees in the amount of **four thousand seven hundred twenty-two dollars and fifty cents ($4,722.50)** and costs in the amount of **four hundred two dollars and zero cents ($402)** be awarded subject to the terms of the Stipulation. IT IS SO ORDERED.

Dated:   **July 11, 2023**                        /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE